AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-2725

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cool Air Mechanical, LLC

was received by me on *(date)* 06/21/2023 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporation Service
Company as Registered Agent on *(date)* 06/22/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/23/2023

_____
*Server's signature*

Christopher Todd Horton, Process Server
*Printed name and title*

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
*Server's address*

Additional information regarding attempted service, etc: