**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>COOL AIR MECHANICAL, LLC,<br><br>    *Defendant*. | Civil Action No. 1:23-cv-02725-SCJ |

**<u>CONSENT MOTION TO STAY PROCEEDINGS</u>**

Defendant Cool Air Mechanical, LLC ("Defendant") hereby files this Consent Motion to Stay Proceedings.  Defendant respectfully moves the Court, with Plaintiffs' consent, for an Order temporarily staying all further proceedings in this action to permit the Parties to explore resolution of Plaintiffs' claims without unnecessarily expending the Parties' resources on concurrent litigation or judicial resources.  In support of this Motion, Defendant states as follows:

1.    On June 17, 2023, Plaintiffs filed the above-captioned civil action against Defendant alleging violations of the Fair Labor Standards Act, 29 U.S. C. § 201, *et seq*. ("FLSA").  (Dkt. No. 1).

2.    Plaintiffs served Defendant on June 22, 2023.  Defendant currently has

until July 13, 2023 to answer or otherwise respond to the Complaint. *See* Federal Rule of Civil Procedure 12(a)(1)(A).

3.    In recognition of the significant time and cost associated with the potential litigation of this matter, the Parties have jointly agreed it is in their mutual best interest to explore whether Plaintiffs' claims might be resolved through negotiations between the Parties.

4.    The Parties agree that good cause exists for staying this action. This requested stay would not unduly delay the case and could obviate the need for the Parties to engage in potentially costly litigation, including motions practice and potentially avoidable discovery.

5.    Defendant's counsel has conferred with Plaintiffs' counsel, Dane Steffenson, and Plaintiffs' counsel consents and agrees to this requested stay of proceedings.

6.    Therefore, Defendant respectfully requests the Court enter an Order: (1) staying this action in all respects for forty-five (45) days to allow the Parties to explore the possibility of resolving Plaintiffs' claims; and (2) extending Defendant's deadline to answer or otherwise response to Plaintiffs' Complaint through and including twenty (20) days after the requested stay expires, as agreed to by the Parties. Defendant has attached a Proposed Order to this Motion for the Court's

convenience.

Dated: July 12, 2023

Respectfully submitted,

*/s/ Lisa A. Schreter*
Lisa A. Schreter, Bar No. 629852
lschreter@littler.com
Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

Attorneys for Defendant
Cool Air Mechanical, LLC

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned hereby certifies that this pleading complies with the font requirements of Local Rule 5.1C because this document has been prepared in Times New Roman, 14-point type.

*/s/ Lisa A. Schreter*
Lisa A. Schreter
Georgia Bar No. 629852
Attorney for Defendant

4

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

        *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

        *Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2023, I electronically filed the foregoing **Consent Motion to Stay Proceedings** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

*/s/ Lisa A. Schreter*
Lisa A. Schreter
Attorney for Defendant

5