**IN THE U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING**, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 23-cv-02725-SCJ |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| **COOL AIR MECHANICAL, LLC**. | ) ) ) ) | |
| Defendant. | ) | |

<u>**NAMED PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE TO PUTATIVE CLASS MEMBERS**</u>

**COMES NOW** Plaintiffs Justin Howard, Chris Taylor, Billy Mayville and Sean Bowling, by and through undersigned counsel, and files Plaintiffs' Motion for Conditional Collective Certification and Issuance of Notice to Putative Class Members, incorporating Plaintiff's supporting memorandum, declarations, and exhibits filed simultaneously herewith.

With this motion, Plaintiffs respectfully request that the Court grant their motion for conditional collective action certification and (1) Order Defendant to

1

provide a list of all putative class members[1], including first and last name, last-known address, email address, phone number, dates of employment, last four digits of social security number and date of birth; and (2) permit Plaintiffs to provide putative class members with the proposed Notice of this action, attached to the memorandum as Ex. F, and Consent to Join Form, attached as Ex. G.

Respectfully submitted, this 25th day of August, 2023.

/s/ *Dane Steffenson*
DANE STEFFENSON
GA Bar no. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Rd.
Suite L120
Atlanta, GA 30305
(404) 919-9719

---

[1] Plaintiffs seek conditional collective action certification to provide notice to all persons who worked for Defendant as a cooling, heating or plumbing service or installation technicians at any time within three years prior to the commencement of this action, and who were not paid an overtime premium or correct overtime premium for hours worked over 40 in a workweek, and/or were not paid for all hours worked for travel between jobsites, meetings, training or for work performed at Defendant's facility at the beginning or end of a workday (the "Collective").

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Named Plaintiffs'**

**Motion for Conditional Collective Action Certification and Issuance of Notice**

**to Putative Class Members And Memorandum In Support** with the Clerk of

Court using the CM/ECF system which will automatically send email notification

of such filing to all attorneys of record.

This 25th day of August, 2023.

/s/ *Dane Steffenson*
DANE STEFFENSON
GA Bar no. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Rd.
Suite  L120
Atlanta, GA 30305
(404) 919-9719