**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> COOL AIR MECHANICAL, LLC, <br><br> *Defendant*. | Civil Action No. 1:23-cv-02725-SCJ |

<u>**CONSENT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO NAMED PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE TO PUTATIVE CLASS MEMBERS**</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and with the consent of Plaintiffs Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling ("Plaintiffs"), Defendant Cool Air Mechanical, LLC ("Defendant") hereby files this Consent Motion to Extend Time to Respond to Named Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members. Defendant respectfully moves the Court, with Plaintiffs' consent, to extend the time by which it must respond to Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members,

through and including September 22, 2023.  In support of this Motion, Defendant states as follows:

1.     On August 25, 2023, Plaintiffs filed their Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members. (Dkt. No. 7).

2.     Defendant currently has until September 8, 2023, to respond to Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members.

3.     On September 1, 2023, Defendant's counsel contacted Plaintiffs' counsel to propose that the Parties explore the possibility of jointly stipulating to conditional certification for notice purposes only.

4.     With this proposal, Defendant's counsel also requested a two-week extension of time through and including September 22, 2023, to respond to Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members and/or allow the parties to discuss a possible stipulation to conditional certification for notice purposes only.  Defendant's counsel further stated that they would be willing to consent to an equivalent extension of time for Plaintiffs' to prepare and file their reply brief in support of the Motion for

Conditional Collective Action Certification and Issuance of Notice to Putative Class Members.

5.    Defendant's counsel has conferred with Plaintiffs' counsel, Dane Steffenson, and Plaintiffs' counsel has consented and agreed to the requested extension of time.

6.    This is Defendant's first request for an extension of its deadline to respond to Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members.  Defendant makes this request in good faith, without any intent to delay this action, and no party shall be prejudiced by the granting of this Motion.

WHEREFORE, Defendant respectfully requests the Court grant an extension of time, through and including September 22, 2023, for Defendant to respond to Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members.  Defendant has attached a Proposed Order to this Motion for the Court's convenience.

Dated:      September 6, 2023          Respectfully submitted,

*/s/ Lisa A. Schreter*
Lisa A. Schreter, Bar No. 629852
lschreter@littler.com
Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

3

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:   404.233.0330
Facsimile:    404.233.2361

Attorneys for Defendant
Cool Air Mechanical, LLC

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned hereby certifies that this pleading complies with the font requirements of Local Rule 5.1C because this document has been prepared in Times New Roman, 14-point type.

/s/ Lisa A. Schreter
Lisa A. Schreter
Georgia Bar No. 629852
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> COOL AIR MECHANICAL, LLC, <br><br> *Defendant*. | Civil Action No. 1:23-cv-02725-SCJ |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2023, I electronically filed the foregoing **Consent Motion to Extend Defendant's Time to Respond to Named Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

/s/ Lisa A. Schreter
Lisa A. Schreter
Attorney for Defendant

6