**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> COOL AIR MECHANICAL, LLC, <br><br> *Defendant*. | Civil Action No. 1:23-cv-02725-SCJ |

## ORDER

Upon review of Defendant Cool Air Mechanical, LLC's Consent Motion Extend Time to Respond, the Court hereby orders that the deadline for Defendant to respond to Named Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members shall be extended to September 22, 2023.

**SO ORDERED**, this 6th day of September, 2023.

s/Steve C. Jones
The Honorable Steve C. Jones
U.S. DISTRICT JUDGE