**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>COOL AIR MECHANICAL, LLC,<br><br>*Defendant*. | Civil Action No. 1:23-cv-02725-SCJ |

## SECOND CONSENT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO NAMED PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE TO PUTATIVE CLASS MEMBERS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and with the consent of Plaintiffs Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling ("Plaintiffs"), Defendant Cool Air Mechanical, LLC ("Defendant") hereby files this Second Consent Motion to Extend Time to Respond to Named Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members. Defendant respectfully moves the Court, with Plaintiffs' consent, to extend the time by which it must respond to Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members

("Conditional Certification Motion"), through and including October 6, 2023.  In support of this Motion, Defendant states as follows:

1.    On August 25, 2023, Plaintiffs filed their Conditional Certification Motion.  (Dkt. No. 7).

2.    After contacting Plaintiffs' counsel to propose that the Parties explore the possibility of jointly stipulating to conditional certification for notice purposes only, Defendant filed its first Consent Motion to Extend Time to Respond to Named Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members on September 6, 2023.  (Dkt. No. 9).

3.    The Court granted Defendant's first Consent Motion to Extend Time on September 6, 2023.  (Dkt. No. 10).

4.    Defendant currently has until September 22, 2023, to respond to Plaintiffs' Conditional Certification Motion.

5.    Since receiving the Court's Order on September 6, 2023, the Parties have exchanged proposals on a potential joint stipulation for conditional certification for notice purposes only.  The Parties are continuing to actively working together with regard to the potential joint stipulation, but need require additional time to do so.

6.      Additionally, Defendant's lead counsel's mother is gravely ill and was suddenly admitted to the hospital on September 20, 2023. Thus, Defendant's counsel respectfully requests this further extension of time to attend to her mother and be with her family.

7.      Defendant's counsel has conferred with Plaintiffs' counsel, Dane Steffenson, and Plaintiffs' counsel has consented and agreed to the requested extension of time.

8.      This is Defendant's second request for an extension of its deadline to respond to Plaintiffs' Conditional Certification Motion.  Defendant makes this request in good faith, without any intent to delay this action, and no party shall be prejudiced by the granting of this Motion.

WHEREFORE, Defendant respectfully requests the Court grant an extension of time, through and including October 6, 2023, for Defendant to respond to Plaintiffs' Conditional Certification Motion.  Defendant has attached a Proposed Order to this Motion for the Court's convenience.

Dated:       September 21, 2023            Respectfully submitted,

                                          /s/     Lisa A. Schreter
                                          Lisa A. Schreter, Bar No. 629852
                                          lschreter@littler.com
                                          Pierre-Joseph Noebes, Bar No. 537216
                                          pnoebes@littler.com

3

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:   404.233.0330
Facsimile:   404.233.2361

Attorneys for Defendant
Cool Air Mechanical, LLC

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned hereby certifies that this pleading complies with the font requirements of Local Rule 5.1C because this document has been prepared in Times New Roman, 14-point type.

/s/     Lisa A. Schreter
Lisa A. Schreter
Georgia Bar No. 629852
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>COOL AIR MECHANICAL, LLC,<br><br>*Defendant*. | Civil Action No. 1:23-cv-02725-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically filed the foregoing **Second Consent Motion to Extend Defendant's Time to Respond to Named Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice to Putative Class Members** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

/s/     *Lisa A. Schreter*
Lisa A. Schreter
Attorney for Defendant

6