# IN THE U.S. DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **JUSTIN HOWARD**, **CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING**, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) ` | |
| Plaintiffs, | ) ) | Civil Action No. 23-cv-02725-SCJ |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| **COOL AIR MECHANICAL, LLC.**, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF CONSENT FILINGS

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs

herby file the attached Consent Forms for the following person(s):

Eric Lott

Joel Kuolas

Brittany Jefferson

Marvin Cooper

Barry McGowan

Douglas Stewart

Kion Hylton

Matt Martin

Brandan Smith (originally filed Notice of Consent January 12, 2023, Dkt. 18)

Respectfully,

Dated: January 16, 2024

/s/ *Dane Steffenson*
Dane Steffenson
GA Bar no. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Rd. Suite L120
Atlanta, GA 30305
Telephone: (404) 919-9719
Fax: (770) 234-3984

**Attorney for Plaintiffs and the Collective**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF CONSENT FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 16th day of January 2024.

Lisa A. Schreter, Bar No. 629852
lschreter@littler.com

Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

**LITTLER MENDELSON, P.C.**
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

**Attorneys for Defendant**

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - UAA - 1
* 0 0 0 0 0 1 0 3 5 1 *

ERIC LOTT

FOR OFFICIAL USE ONLY

01

Page 1 of 1
**Claimant ID #:** 0000010351

# PLAINTIFF OPT-IN CONSENT FORM

**HOWARD, et al. v. COOL AIR MECHANICAL, LLC**
**COLLECTIVE ACTION**

1.  I am over eighteen years old and competent to give my consent in this matter.

2.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical,LLC, to recover unpaid wages and overtime.

3.  In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4.  By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5.  I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6.  I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7.  I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8.  I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: ERIC LOTT

Print Name: ERIC LOTT

Date Signed: 1/10/2024

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - UAA - 2
* 0 0 0 0 0 1 1 0 3 7 *

JOEL KUOLAS

FOR OFFICIAL USE ONLY

01

Page 1 of 1
**Claimant ID #:** 0000011037

# PLAINTIFF OPT-IN CONSENT FORM

**HOWARD, et al. v. COOL AIR MECHANICAL, LLC**
**COLLECTIVE ACTION**

1. I am over eighteen years old and competent to give my consent in this matter.

2. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3. In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4. By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6. I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7. I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8. I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: JOEL KUOLAS

Print Name: JOEL KUOLAS

Date Signed: 1/8/2024

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - UAA - 3
* 0 0 0 0 0 1 1 0 6 8 *

BRITTANY JEFFERSON

FOR OFFICIAL USE ONLY

01

Page 1 of 1
**Claimant ID #:** 0000011068

# PLAINTIFF OPT-IN CONSENT FORM

**HOWARD, et al. v. COOL AIR MECHANICAL, LLC**
**COLLECTIVE ACTION**

1. I am over eighteen years old and competent to give my consent in this matter.

2. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3. In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4. By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6. I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7. I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8. I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: BRITTANY JEFFERSON

Print Name: BRITTANY JEFFERSON

Date Signed: 1/6/2024

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

|| ||| || ||| ||| ||| ||| ||| ||| || - UAA - 4
* 0 0 0 0 0 1 1 0 7 5 *

MARVIN COOPER

| FOR OFFICIAL USE ONLY |
| :---: |
| 01 |

Page 1 of 1
**Claimant ID #:** 0000011075

# PLAINTIFF OPT-IN CONSENT FORM

### HOWARD, et al. v. COOL AIR MECHANICAL, LLC
### COLLECTIVE ACTION

1.  I am over eighteen years old and competent to give my consent in this matter.

2.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3.  In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4.  By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5.  I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6.  I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7.  I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8.  I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: MARVIN COOPER

Print Name: MARVIN COOPER

Date Signed: 1/5/2024

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

- UAA - 5

*000001117544*

BARRY MCGOWAN

FOR OFFICIAL USE ONLY

01

Page 1 of 1
**Claimant ID #:** 0000011754

## PLAINTIFF OPT-IN CONSENT FORM

**HOWARD, et al. v. COOL AIR MECHANICAL, LLC**
**COLLECTIVE ACTION**

1. I am over eighteen years old and competent to give my consent in this matter.

2. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3. In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4. By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6. I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7. I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8. I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: BARRY MCGOWAN

Print Name: BARRY MCGOWAN

Date Signed: 1/10/2024

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

|||||||||||||||||||||||||||||||||||||||||  - UAA - 6
\* 0 0 0 0 0 1 1 8 0 8 \*

DOUGLAS STEWART

FOR OFFICIAL USE ONLY

01

Page 1 of 1
**Claimant ID #:** 0000011808

# PLAINTIFF OPT-IN CONSENT FORM

**HOWARD, et al. v. COOL AIR MECHANICAL, LLC**
**COLLECTIVE ACTION**

1.  I am over eighteen years old and competent to give my consent in this matter.

2.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3.  In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4.  By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5.  I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6.  I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7.  I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8.  I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: DOUGLAS STEWART

Print Name: DOUGLAS STEWART

Date Signed: 1/14/2024

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - UAA - 7
* 0 0 0 0 0 1 1 9 4 5 *

KEION HYLTON

FOR OFFICIAL USE ONLY

01

Page 1 of 1
**Claimant ID #:** 0000011945

# PLAINTIFF OPT-IN CONSENT FORM

**HOWARD, et al. v. COOL AIR MECHANICAL, LLC**
**COLLECTIVE ACTION**

1.  I am over eighteen years old and competent to give my consent in this matter.

2.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3.  In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4.  By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5.  I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6.  I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7.  I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8.  I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: KEION HYLTON

Print Name: KEION HYLTON

Date Signed: 1/10/2024

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096



Page 1 of 2
Claimant ID #: 0000012034

 - UAA - 149

**MATTHEW MARTIN**

| | If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below: |
|---|---|

Name: _____

Address: _____

City: _____

State: _____ ____ Zip Code: ____ ____ ____ ____

## PLAINTIFF OPT-IN CONSENT FORM

### HOWARD, et al. v. COOL AIR MECHANICAL, LLC
### COLLECTIVE ACTION

1.  I am over eighteen years old and competent to give my consent in this matter.

2.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3.  In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4.  By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5.  I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6.  I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7.  I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8.  I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: *Matt Martin*

Print Name: *Matt Martin*

Date Signed: 01/09/2024

**\*Information Below Will Be Removed Before Filing with the Court\***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, | ) | |
| BILLY MAYVILLE, SEAN BOWLING | ) | |
| and BRANDAN SMITH, | ) | |
| | ) | |
|     Plaintiffs, | ) | Case No. 23-cv-0725-SCJ |
| | ) | |
| v. | ) | |
| | ) | |
| COOL AIR MECHANICAL, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I am over the age of eighteen and competent to give my consent in this matter.
2. I consent to join and act as a plaintiff on behalf of myself and others similarly situated individuals in the above-captioned lawsuit against Cool Air Mechanical LLC.
3. By signing and returning this consent form, I designate DANE LAW LLC ("Plaintiffs' counsel") to represent me and make decisions on my behalf concerning the litigation, any settlement, and any future related litigation per my engagement agreement with DANE LAW LLC.
4. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.
5. I also designate the named plaintiffs, to the fullest extent possible under the law, as my agents to make decisions on my behalf concerning this litigation and any settlement.
6. I understand that I may withdraw this consent at any time by notifying Plaintiffs' counsel in writing.

Signature: _____      01 / 12 / 2024

    Brandan Smith                        Date
    41 Benfield Circle
    Cartersville, Georgia 30121
    (404) 764-6371
    brandans96@gmail.com

Doc ID: 9fc84345cbe0e3f988731457f7c9f33e836a6b52

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Consent to Join SMITH.pdf |
| **File name** | Consent%20to%20Join%20SMITH.pdf |
| **Document ID** | 9fc84345cbe0e3f988731457f7c9f33e836a6b52 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **01 / 12 / 2024** 20:50:42 UTC | Sent for signature to Brandan Smith (brandans96@gmail.com) from dane@thedanelawfirm.com IP: 173.171.207.70 |
| **VIEWED** | **01 / 13 / 2024** 01:43:33 UTC | Viewed by Brandan Smith (brandans96@gmail.com) IP: 174.215.147.149 |
| **SIGNED** | **01 / 13 / 2024** 01:44:04 UTC | Signed by Brandan Smith (brandans96@gmail.com) IP: 174.215.147.149 |
| **COMPLETED** | **01 / 13 / 2024** 01:44:04 UTC | The document has been completed. |

Powered by **Dropbox** Sign