**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR,** ) | |
| **BILLY MAYVILLE, SEAN BOWLING**, ) | |
| Individually, and on behalf of all others ) | |
| similarly situated, ) | |
| ) | |
|     Plaintiffs, ) | Case No. |
| ) | 23-cv-02725-SCJ |
| v. ) | **Jury Trial Demanded** |
| ) | |
| **COOL AIR MECHANICAL, LLC,** ) | |
| ) | |
|     Defendant. ) | |

**NAMED PLAINTIFF'S MOTION FOR ADDITIONAL NOTICE OF
ACTION BY TEXT MESSAGE TO PUTATIVE CLASS MEMBERS**

Named Plaintiffs, by and through undersigned counsel, hereby file Named Plaintiffs' Motion for Additional Notice by Text Message to Putative Class Members incorporating Plaintiffs' simultaneously filed supporting memorandum and exhibits.

Plaintiffs respectfully request that this Court grant their motion and (1) order Defendant to provide Plaintiffs with the basic information typically provided as part of conditional certification including names, addresses, dates of employment, email addresses, and phone numbers of these 123 putative class member within 10 days, to permit Plaintiffs' counsel to try and contact them, or 2) order Defendant

within 10 days to provide its TPA cell phone numbers for each of the 123 putative members who did not receive or who did not open the email Notice and for the TPA to then send a link of the court ordered Notice via text message to those potential class members. For any individual who Defendant does not have a valid email that is opened by the recipient or cell phone number, Defendant should provide all contact information available so that Plaintiffs can attempt to locate the individual.

Respectfully submitted this 15th day of February 2024.

/s/ Dane Steffenson_____
DANE STEFFENSON
GA Bar No. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Road
Suite L120
Atlanta, GA 30305
(404) 919-9719

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Named Plaintiffs'**

**Motion for Consideration of Notice by Text Message to Putative Class**

**Members and Memorandum In Support** with the Clerk of Court using the

CM/ECF system which will automatically send email notification ore filing to all

attorneys of record.

This 15th day of February 2024.

/s/ Dane Steffenson_____
DANE STEFFENSON
GA Bar No. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Road
Suite L120
Atlanta, GA 30305
(404) 919-9719

*Attorney for Plaintiffs*