# IN THE U.S. DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **JUSTIN HOWARD**, **CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING**, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ` | |
| Plaintiffs, | ) ) | Civil Action No. 23-cv-02725-SCJ |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| **COOL AIR MECHANICAL, LLC.,** | ) ) ) ) | |
| Defendant. | ) | |

## <u>NOTICE OF CONSENT FILING</u>

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216,

Plaintiffs herby file the attached Consent Form for the following person:

Erick Pippins

Respectfully,

Dated: <u>February 19, 2024</u>

/s/ *Dane Steffenson*
Dane Steffenson
GA Bar no. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Rd. Suite L120
Atlanta, GA 30305
Telephone: (404) 919-9719
Fax: (770) 234-3984
**Attorney for Plaintiffs and the Collective**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF CONSENT FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 19th day of February 2024.

Lisa A. Schreter, Bar No. 629852
lschreter@littler.com

Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

**LITTLER MENDELSON, P.C.**
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

**Attorneys for Defendant**

HOWARD V COOL AIR MECHANICAL ADMINISTRATOR
C/O RUST CONSULTING INC - 8512
PO BOX 2396
FARIBAULT MN 55021-9096

||||||||||||||||||||||||||  - UAA - 1
*12089*

ERICK PIPPINS

FOR OFFICIAL USE ONLY

01

Page 1 of 1
**Claimant ID #: 12089**

# PLAINTIFF OPT-IN CONSENT FORM

**HOWARD, et al. v. COOL AIR MECHANICAL, LLC**
**COLLECTIVE ACTION**

1.  I am over eighteen years old and competent to give my consent in this matter.

2.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former/current employer, Cool Air Mechanical, LLC, to recover unpaid wages and overtime.

3.  In the past three years, I worked for Cool Air Mechanical as a Plumber, HVAC Technician, or HVAC installer.

4.  By signing and returning this consent form, I designate DANE LAW LLC (hereinafter "Counsel of Record") to represent me in this action to assert these claims and to make decisions on my behalf concerning the litigation including settlement.

5.  I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.

6.  I also designate the named plaintiff(s) (Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling), along with Counsel of Record, to the fullest extent possible under the law, to act as my agents and to make decisions on my behalf concerning this litigation and any settlement. I agree to be bound by any settlement of this matter agreed to by Counsel of Record and the Named Plaintiffs, in this matter.

7.  I understand and agree that I may need to cooperate with Counsel of Record, provide them with relevant information, and participate in this Lawsuit.

8.  I agree to preserve any data and documents I may have pertaining to my employment with Cool Air.

Signature: ERICK PIPPINS

Print Name: ERICK PIPPINS

Date Signed: 2/7/2024