**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, et al.,** | **CIVIL ACTION FILE** |
| **Plaintiffs,** | **No. 1:23-CV-02725-SCJ** |
| **v.** | |
| **COOL AIR MECHANICAL, LLC,** | |
| **Defendant.** | |

**ORDER**

This matter appears before the Court on Defendant's Motion for Extension of Time to File Response to Named Plaintiff's Motion for Additional Notice of Action by Text Message to Putative Class Members. Doc. No. [24]. The Motion is fully briefed (Doc. Nos. [25]; [26]) and ripe for review.

Defendant seeks to extend by 14 days (to March 14, 2024) its current February 29, 2024 response deadline to Plaintiffs' Motion for Additional Notice by Text Message to Putative Class Members. Defendant's lead counsel represents that the extension of time is to accommodate her need to attend to family matters

following her mother's death on February 18, 2024. Doc. No. [24], ¶¶ 8, 15. Plaintiffs condition their non-opposition to the extension on a "proactive[]," two-week tolling of the statute of limitations so that any individual who decides to opt-in upon receiving the *additional* notice of this action via text message, which Plaintiffs have sought permission to provide, is not prejudiced by the extension. Doc. No. [25], 2.

The Court is not persuaded that a blanket two-week tolling of the statute of limitations is warranted in this case where all members of the Putative Collective have received notice of this action in at least one form (i.e., U.S. Mail). See Doc. No. [22-1], 2-3. Thus, the Court is inclined to grant Defendant's request for extension unconditionally. To the extent the Court grants Plaintiffs' Motion for Additional Notice, should a member of the Putative Collective seek to opt-in to this action upon receiving the additional notice and claim prejudice because of this 14-day extension of time, the Court will consider such a claim on a case-by-case basis.

Accordingly, Defendant's Motion for Extension of Time to File Response to Named Plaintiff's Motion for Additional Notice of Action by Text Message to

Putative Class Members (Doc. No. [24]) is **GRANTED**. The Response shall be due no later than March 14, 2024.

**IT IS SO ORDERED** this 28th day of February, 2024.

s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**