# IN THE U.S. DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

JUSTIN HOWARD, CHRIS )
TAYLOR, BILLY MAYVILLE, )
SEAN BOWLING, individually, and )
on behalf of all others similarly )
situated, )
  ` 
                Plaintiffs,          )          Civil Action No.
                                     )          23-cv-02725-SCJ
vs.                                  )          **JURY TRIAL DEMANDED**
                                     )
COOL AIR MECHANICAL, LLC.,           )
                                     )
                                     )
                Defendant.           )

## NOTICE OF CONSENT FILINGS

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs

herby file the attached Consent Form for the following person:

Valencia Williams

                        Respectfully,

Dated: March 4, 2024          /s/ *Dane Steffenson*
                              Dane Steffenson
                              GA Bar no. 677780
                              Dane@TheDaneLawFirm.com

                              **DANE LAW LLC**
                              3575 Piedmont Rd. Suite L120
                              Atlanta, GA 30305
                              Telephone: (404) 919-9719
                              Fax: (770) 234-3984
                              **Attorney for Plaintiffs and the Collective**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF CONSENT FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 4th day of March 2024.

Lisa A. Schreter, Bar No. 629852
lschreter@littler.com

Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

**LITTLER MENDELSON, P.C.**
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

**Attorneys for Defendant**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, | ) | |
| BARRY MAYVILLE & SEAN BOWLING, | ) | |
| Individually, and on behalf of all others | ) | |
| Similarly situated, | ) | |
| | ) | |
|   Plaintiffs, | ) | Case No. 23-cv-02725-SCJ |
| | ) | |
| v. | ) | |
| | ) | |
| COOL AIR MECHANICAL, LLC, | ) | |
| | ) | |
|   Defendant. | ) | |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I am over the age of eighteen and competent to give my consent in this matter.
2. I consent to join and act as a plaintiff on behalf of myself and others similarly situated individuals in the above-captioned lawsuit against Cool Air Mechanical LLC.
3. By signing and returning this consent form, I designate DANE LAW LLC ("Plaintiffs' counsel") to represent me and make decisions on my behalf concerning the litigation, any settlement, and any future related litigation per my engagement agreement with DANE LAW LLC.
4. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.
5. I also designate the named plaintiffs, to the fullest extent possible under the law, as my agents to make decisions on my behalf concerning this litigation and any settlement.
6. I understand that I may withdraw this consent at any time by notifying Plaintiffs' counsel in writing.

Signature: _____  03 / 04 / 2024

   Valencia Williams         Date
   (757) 975-0195
   williamsvalencia726@gmail.com

Doc ID: ef22201d45549c2f7c6182e798dbb4bfa8019f17

**Dropbox** Sign                                              Audit trail

| | |
|---|---|
| **Title** | Consent to Join V. Williams.pdf |
| **File name** | Consent%20to%20Join%20V.%20Williams.pdf |
| **Document ID** | ef22201d45549c2f7c6182e798dbb4bfa8019f17 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**03 / 04 / 2024**
23:16:01 UTC
Sent for signature to Valencia Williams (williamsvalencia726@gmail.com) from dane@thedanelawfirm.com
IP: 173.171.207.70

**VIEWED**
**03 / 05 / 2024**
00:57:35 UTC
Viewed by Valencia Williams (williamsvalencia726@gmail.com)
IP: 98.166.172.101

**SIGNED**
**03 / 05 / 2024**
00:58:12 UTC
Signed by Valencia Williams (williamsvalencia726@gmail.com)
IP: 98.166.172.101

**COMPLETED**
**03 / 05 / 2024**
00:58:12 UTC
The document has been completed.

Powered by **Dropbox** Sign