**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR,** | ) | |
| **BILLY MAYVILLE, SEAN BOWLING**, | ) | |
| Individually, and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| | ) | 23-cv-02725-SCJ |
| v. | ) | **Jury Trial Demanded** |
| | ) | |
| **COOL AIR MECHANICAL, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Additional Declaration from Putative Class Member Requesting Notice by Text Message**

Putative class member, Scott Kidd, contacted undersigned counsel on April 22, 2024, requesting to opt-in. Mr. Kidd worked for Defendant as an HVAC installer through January 2022 after which he moved from the address where he resided while working for Defendant. As stated in his Declaration, attached as Exhibit A, Mr. Kidd did not receive the court ordered notice by mail or email and that he regularly texted from his personal cell phone for work purposes while employed at Cool Air such that Defendant would have his current cell phone number.

As a putative class member, Mr. Kidd would like to receive the court-ordered notice of this lawsuit by text with the ability to opt-in.

Respectfully submitted this 27th day of April 2024.

Dane Steffenson
GA Bar no. 677780
Dane@TheDaneLawFirm.com
**DANE LAW LLC**
3575 Piedmont Rd. Suite L120
Atlanta, GA 30305
Telephone: (404) 919-9719
Fax: (770) 234-3984

**Attorney for Plaintiffs and the Collective**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Notice of Additional**

**Declaration from Putative Class Member Requesting Notice by Text Message**

with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to all attorneys of record.

This 27th day of April 2024.

> Lisa A. Schreter, Bar No. 629852
> lschreter@littler.com
>
> Pierre-Joseph Noebes, Bar No. 537216
> pnoebes@littler.com
>
> **LITTLER MENDELSON, P.C.**
> 3424 Peachtree Road N.E.
> Suite 1200
> Atlanta, GA 30326.1127
> Telephone: 404.233.0330
> Facsimile: 404.233.2361
>
> **Attorneys for Defendant**