**IN THE U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **JUSTIN HOWARD**, **CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING**, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) ` | |
| Plaintiffs, | ) ) | Civil Action No. <u>23-cv-02725-SCJ</u> |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| **COOL AIR MECHANICAL, LLC.,** | ) ) ) | |
| Defendant. | ) | |

## <u>NOTICE OF CONSENT FILINGS</u>

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs

herby file the attached Consent Form for the following person:

Scott Kidd

Respectfully,

Dated: <u>April 30, 2024</u>

/s/ *Dane Steffenson*
Dane Steffenson
GA Bar no. 677780
<u>Dane@TheDaneLawFirm.com</u>

**DANE LAW LLC**
3575 Piedmont Rd. Suite L120
Atlanta, GA 30305
Telephone: (404) 919-9719
Fax: (770) 234-3984
**Attorney for Plaintiffs and the Collective**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF CONSENT FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 30th day of April 2024.

Lisa A. Schreter, Bar No. 629852
lschreter@littler.com

Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

**LITTLER MENDELSON, P.C.**
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

**Attorneys for Defendant**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, | ) | |
| BARRY MAYVILLE & SEAN BOWLING, | ) | |
| Individually, and on behalf of all others | ) | |
| Similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 23-cv-02725-SCJ |
| | ) | |
| v. | ) | |
| | ) | |
| COOL AIR MECHANICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I am over the age of eighteen and competent to give my consent in this matter.
2. I consent to join and act as a plaintiff on behalf of myself and others similarly situated individuals in the above-captioned lawsuit against Cool Air Mechanical LLC.
3. By signing and returning this consent form, I designate DANE LAW LLC ("Plaintiffs' counsel") to represent me and make decisions on my behalf concerning the litigation, any settlement, and any future related litigation per my engagement agreement with DANE LAW LLC.
4. I agree to be bound by any adjudication by a court in this action, whether it is favorable or unfavorable.
5. I also designate the named plaintiffs, to the fullest extent possible under the law, as my agents to make decisions on my behalf concerning this litigation and any settlement.
6. I understand that I may withdraw this consent at any time by notifying Plaintiffs' counsel in writing.

Signature: _____    04 / 30 / 2024

Scott Kidd                                                    Date
(770) 617-3224
Srkfb33@gmail.com

Doc ID: ead8774aa69ecff6db1776140cc20e9c85aa5599

**Dropbox** Sign                                                     Audit trail

| | |
|---|---|
| **Title** | Consent to Join Scott Kidd.pdf |
| **File name** | Consent%20to%20Join%20Scott%20Kidd.pdf |
| **Document ID** | ead8774aa69ecff6db1776140cc20e9c85aa5599 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

SENT
**04 / 30 / 2024**
18:01:41 UTC
Sent for signature to Scott Kidd (srkfb33@gmail.com) from dane@thedanelawfirm.com
IP: 38.15.86.221

VIEWED
**04 / 30 / 2024**
21:33:19 UTC
Viewed by Scott Kidd (srkfb33@gmail.com)
IP: 174.209.195.232

SIGNED
**04 / 30 / 2024**
21:33:56 UTC
Signed by Scott Kidd (srkfb33@gmail.com)
IP: 174.209.195.232

COMPLETED
**04 / 30 / 2024**
21:33:56 UTC
The document has been completed.

Powered by **Dropbox** Sign