**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>COOL AIR MECHANICAL, LLC,<br><br>*Defendant*. | Civil Action No. 1:23-cv-02725-SCJ |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1)    The undersigned counsel for Defendant Cool Air Mechanical, LLC ("Defendant") certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent-corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff Justin Howard.

- Plaintiff Chris Taylor.

- Plaintiff Billy Mayville.

- Plaintiff Sean Bowling.

- Opt-In Plaintiff Marvin Cooper.

- Opt-In Plaintiff Brittany Jefferson.

- Opt-In Plaintiff Joel Kuolas.

- Opt-In Plaintiff Matthew Martin.

- Opt-In Plaintiff Keion Hylton.

- Opt-In Plaintiff Eric Lott.

- Opt-In Plaintiff Barry McGowan.

- Opt-In Plaintiff Brandan Smith.

- Opt-In Plaintiff Douglas Stewart.

- Opt-In Plaintiff Brian Cook.

- Opt-In Plaintiff Marvin Picon.

- Opt-In Plaintiff Phillip Brantley.

- Opt-In Plaintiff Stephen Ford.

- Opt-In Plaintiff Michael Pharr.

- Opt-In Plaintiff Stanislav Stankov.

- Opt-In Plaintiff Erick Pippins.

- Opt-In Plaintiff Valencia Williams.

- Opt-In Plaintiff Raymond Massey.

- Opt-In Plaintiff Klayton Sproles.

- Defendant Cool Air Mechanical, LLC. Defendant is a wholly

2

owned subsidiary of Essential Services Intermediate Holding Corporation d/b/a TurnPoint Services, which is indirectly owned by OMERS Mahomes, Inc. No publicly held corporation owns 10% or more of Cool Air Mechanical, LLC's stock.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- None.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Plaintiff's counsel Dane Steffenson of Dane Law, LLC.

- Defendant's counsel Lisa A. Schreter and Pierre-Joseph Noebes of Littler Mendelson, P.C.

Dated:    May 1, 2024             Respectfully submitted,

                                 */s/ Lisa A. Schreter*
                                 Lisa A. Schreter, Bar No. 629852
                                 lschreter@littler.com
                                 Pierre-Joseph Noebes, Bar No. 537216
                                 pnoebes@littler.com

                                 LITTLER MENDELSON, P.C.
                                 3424 Peachtree Road N.E., Suite 1200
                                 Atlanta, GA  30326.1127
                                 Telephone:  404.233.0330

3

Facsimile:   404.233.2361

Attorneys for Defendant
Cool Air Mechanical, LLC

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN
BOWLING, individually and on behalf
of all other similarly situated,

        *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

        *Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

        */s/ Lisa A. Schreter*
        Lisa A. Schreter
        Attorney for Defendant

5