# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

    *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

    *Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of May, 2024, I served a true and correct copy of **DEFENDANT COOL AIR MECHANICAL, LLC'S INITIAL DISCLOSURES** upon counsel of record via email as follows:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

                                       */s/ Lisa A. Schreter*
                                       Lisa A. Schreter
                                       Attorney for Defendant