# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-02725-SCJ
## Howard et al v. Cool Air Mechanical LLC
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 05/01/2024.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:30 P.M.　　　COURT REPORTER: Viola Zborowski
TIME IN COURT: 00:30　　　　　　　　　DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Pierre-Joseph Noebes representing Cool Air Mechanical LLC<br>Lisa Schreter representing Cool Air Mechanical LLC<br>Dane Steffenson representing Justin Howard |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status conference regarding class certification. The Court heard from counsel and took the matter under advisement, with order to follow. |
| HEARING STATUS: | Hearing Concluded |