# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-02725-SCJ
## Howard et al v. Cool Air Mechanical LLC
## Honorable Jones, Steve C.

Minute Sheet for proceedings held on 05/28/2024.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.          COURT REPORTER: Viola Zborowski
TIME IN COURT: 00:30                      DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Pierre-Joseph Noebes representing Cool Air Mechanical LLC<br>Lisa Schreter representing Cool Air Mechanical LLC<br>Dane Steffenson representing Justin Howard |
| PROCEEDING CATEGORY: | Scheduling Conference; |
| MINUTE TEXT: | Telephonic scheduling conference held. The Court heard from counsel. Scheduling order to follow. |
| HEARING STATUS: | Hearing Concluded |