IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, et al.,

    Plaintiffs,

v.

COOL AIR MECHANICAL, LLC,

    Defendant.

CIVIL ACTION FILE

No. 1:23-CV-02725-SCJ

## ORDER

This matter appears before the Court on the Parties' Amended Joint Preliminary Report and Discovery Plan. Doc. No. [41].[1]

Upon review of the information contained in the Amended Joint Preliminary Report and Proposed Discovery Plan form completed and filed by the Parties (Doc. No. [41]) and with the benefit of the hearing on the matter held on May 28, 2024, the Court orders that the time limits for

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers referenced are those imprinted by the Court's docketing software.

adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the above-referenced form, except as modified below:

Discovery in this matter shall consist of a 6-month period ending on **November 29, 2024**. The Parties shall conduct discovery in accordance with the following limitations:

- Plaintiffs may serve on Defendant up to 20 each of Requests for Document Production, Requests for Admissions, and Interrogatories.

- Defendant may serve on each Named Plaintiff up to 25 each of Requests for Document Production, Requests for Admissions, and Interrogatories, and 5 each of the same on each Opt-In Plaintiff.

- Plaintiffs may depose up to 15 fact witnesses and 1 Rule 30(b)(6) witness, with each deposition limited to 7 hours.

- Defendant may depose each of the Named Plaintiffs, with each deposition limited to 7 hours, and each Opt-In Plaintiff, with each deposition limited to 5 hours.

2

- No later than 14 days before the close of discovery, each Party shall serve on the other Party a list of all individuals each Party anticipates calling as a witness at a hearing or at trial.

- Expert disclosures shall be due no later than 3 months after the start of discovery.

- Expert rebuttal disclosures shall be due no later than 45 days after the initial expert disclosures.

- Plaintiffs shall file a unilateral pretrial report no later than 30 days before the close of discovery.

Case dispositive motions (including any motion for summary judgment), Defendant's Motion for Class Decertification, and any Daubert motions shall be due no later than 30 days after the close of discovery.

The Parties shall file their Consolidated Pretrial Order no later than 30 days after the close of discovery, if no case dispositive motion or motion for class decertification is filed, or no later than 30 days after the Court's ruling on such motion(s).

3

If no motion for summary judgment, motion for class decertification, or a proposed consolidated pretrial order is timely filed, the Clerk is **DIRECTED** to submit this matter for the Court's consideration

IT IS SO ORDERED this _28th_ day of May, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

4