# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR,** ) <br> **BILLY MAYVILLE, SEAN BOWLING**, ) <br> Individually, and on behalf of all others ) <br> similarly situated, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **COOL AIR MECHANICAL, LLC,** ) <br> ) <br>       Defendant. ) | Case No. <br> 23-cv-02725-SCJ <br> **Jury Trial Demanded** |

## CERTIFICATE OF SERVICE OF DISCOVERY

This will certify that I have, on this 9th day of June, 2024, served a true and correct copy of **Plaintiff's First Request for Production** on Defendant Cool Air Mechanical to the following counsel of record by electronic mail addressed to.

Lisa A. Schreter, Bar No. 629852
lschreter@littler.com
Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

**LITTLER MENDELSON, P.C.**
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

**Attorneys for Defendant**

Respectfully submitted.

/s/ Dane Steffenson_____
DANE STEFFENSON
GA Bar No. 677780
Dane@TheDaneLawFirm.com
**DANE LAW LLC**
3575 Piedmont Rd., NE,
Suite L120
Atlanta, GA 30305
(404) 919-9719
***Attorney for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of June, 2024, I electronically filed the foregoing **Certificate of Service Serving Discovery** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Dane Steffenson
DANE STEFFENSON
GA Bar No. 677780
Dane@TheDaneLawFirm.com
**DANE LAW LLC**
3575 Piedmont Road
Suite L120
Atlanta, GA 30305
(404) 919-9719

*Attorney for Plaintiffs*