**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN
BOWLING, individually and on behalf
of all other similarly situated,

Civil Action No. 1:23-cv-02725-SCJ

        *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

        *Defendant*.

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on 9th day of July, 2024, I served a true and correct copy

of **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS'**

**FIRST REQUEST FOR PRODUCTION** upon counsel of record via electronic

mail as follows:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

                                        */s/ Lisa A. Schreter*           
                                        Lisa A. Schreter
                                        Attorney for Defendant