**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN
BOWLING, individually and on behalf
of all other similarly situated,

       *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

       *Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I served a true and correct copy of Defendant Cool Air Mechanical, LLC's Privilege Log upon counsel of record by electronic mail address as follows:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

                */s/ Lisa A. Schreter*
                Lisa A. Schreter
                Attorney for Defendant

4