# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

      Plaintiffs,

v.

COOL AIR MECHANICAL, LLC,

      Defendant.

Civil Action No. 1:23-cv-02725-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I served a true and correct copy of the following discovery requests:

1. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Named Plaintiff Christopher Taylor;

2. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Named Plaintiff Justin Howard;

3. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Named Plaintiff Sean Bowling;

4. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Named Plaintiff William Mayville;

5. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Named Plaintiff Christopher Taylor;

6. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Named Plaintiff Justin Howard;

4878-6342-6762.1 / 116572-1016

7. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Named Plaintiff Sean Bowling;

8. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Named Plaintiff William Mayville;

9. Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Named Plaintiff Christopher Taylor;

10. Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Named Plaintiff Justin Howard;

11. Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Named Plaintiff Sean Bowling; and

12. Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Named Plaintiff William Mayville.

Service was made upon counsel of record by electronic mail address as follows:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

/s/ Lisa A. Schreter
Lisa A. Schreter
Attorney for Defendant

2