**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COOL AIR MECHANICAL, LLC, <br><br> Defendant. | Civil Action No. 1:23-cv-02725-SCJ |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2024, I served a true and correct copy of the

following discovery requests:

1. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Barry McGowan;

2. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Brandan Smith;

3. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Brian Cook;

4. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Brittany Jefferson;

5. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Douglas Stewart;

6. Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Eric Lott;

4878-6342-6762.1 / 116572-1016

7.      Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Erick Pippins;

8.      Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Joel Kuolas;

9.      Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Keion Hylton;

10.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Klayton Sproles;

11.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Marvin Cooper;

12.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Marvin Picon;

13.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Matthew Martin;

14.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Michael Pharr;

15.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Phillip Brantley;

16.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Raymond Massey;

17.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Scott Kidd;

18.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Stanislav Stankov;

19.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Stephen Ford;

20.     Defendant Cool Air Mechanical, LLC's First Set of Interrogatories to Opt-In Plaintiff Valencia Williams;

2

21. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Barry McGowan;

22. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Brandan Smith;

23. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Brian Cook;

24. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Brittany Jefferson;

25. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Douglas Stewart;

26. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Eric Lott;

27. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Erick Pippins;

28. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Joel Kuolas;

29. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Keion Hylton;

30. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Klayton Sproles;

31. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Marvin Cooper;

32. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Marvin Picon;

33. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Matthew Martin;

34. Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Michael Pharr;

35.  Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Phillip Brantley;

36.  Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Raymond Massey;

37.  Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Scott Kidd;

38.  Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Stanislav Stankov;

39.  Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Stephen Ford;

40.  Defendant Cool Air Mechanical, LLC's First Request for Admissions to Opt-In Plaintiff Valencia Williams;

41.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Barry McGowan;

42.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Brandan Smith;

43.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Brian Cook;

44.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Brittany Jefferson;

45.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Douglas Stewart;

46.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Eric Lott;

47.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Erick Pippins;

48.  Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Joel Kuolas;

4

49.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Keion Hylton;

50.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Klayton Sproles;

51.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Marvin Cooper;

52.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Marvin Picon;

53.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Matthew Martin;

54.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Michael Pharr;

55.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Phillip Brantley;

56.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Raymond Massey;

57.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Scott Kidd;

58.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Stanislav Stankov;

59.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Stephen Ford; and

60.   Defendant Cool Air Mechanical, LLC's First Request for Production of Documents to Opt-In Plaintiff Valencia Williams.

Service was made upon counsel of record by electronic mail address as follows:

5

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

/s/ Lisa A. Schreter
Lisa A. Schreter
Attorney for Defendant