IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN
BOWLING, Individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

COOL AIR MECHANICAL, LLC,

        Defendant.

Civil Action No. 1:23-cv-02725-SCJ

## JOINT MOTION TO STAY AND REFERRAL TO MEDIATE WITH MAGISTRATE JUDGE

Plaintiffs Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling ("Plaintiffs") and Defendant Cool Air Mechanical, LLC ("Defendant") (collectively as the "Parties"), by and through their respective counsel, hereby file this joint motion to stay all further proceedings, including all discovery deadlines, and request that this matter be referred to a United States Magistrate Judge for mediation. As set forth herein, the Parties so move the Court to allow them to participate in mediation before a Magistrate Judge in an effort to explore whether Plaintiffs' claims might be resolved without spending the Parties' or judicial resources on concurrent litigation. In support of this Motion, the Parties state and show good cause as follows:

1.      On May 20, 2024, pursuant to Local Rule 16.2 and the Court's Order issued on May 6, 2024 (Dkt. No. 40), the Parties filed an Amended Joint Preliminary

Report and Discovery Plan. (Dkt. No. 41).

2.     On May 28, 2024, this Court issued a Scheduling Order setting – among other things – the November 29, 2024 deadline for the completion of written discovery and depositions of witnesses who have not been designated as experts. (Dkt. No. 43).

3.     Since the May 28, 2024 Scheduling Order, the Parties have diligently engaged in discovery, including the exchange of written discovery and the production of relevant time and payroll records.

4.     In advance of either party filing motions to compel to complete written discovery and taking depositions, however, the Parties discussed potential resolution and have agreed to request the assistance of a Magistrate Judge to help mediate this matter.

5.     Given the mutual interest in exploring the potential resolution of this matter, and to ensure the Parties have sufficient time to explore potential resolution of this matter and potentially avoid the unnecessary expenditure of resources, the Parties assert that good cause exists for staying further proceedings in this action and referring the Parties to mediation before a Magistrate Judge.

6.     The requested stay would not unduly delay the case and, as mentioned above, could obviate the need for the Parties to engage in additional costly litigation, including motions practice and potentially avoidable further discovery.

7.   The Parties make this request in good faith, without any intent to delay this action, and neither party shall be prejudiced by granting this Joint Motion.

8.   A proposed Order granting this Joint Motion is attached for the Court's convenience.

WHEREFORE, the Parties respectfully request that the Court enter an order: (1) referring the parties to participate in mediation before a Magistrate Judge; (2) staying this action in all respects, including all pending discovery and deposition deadlines, until January 17, 2025 or until fourteen (14) calendar days after the Parties have participated in mediation and notified the Court, in writing, that they have been unable to reach a settlement; and (3) requiring the Parties to submit a joint second phase discovery plan outlining their proposal to complete discovery within fourteen (14) calendar days after the Parties have participated in mediation, if the Parties are unable to reach a settlement.

Dated: October 14, 2024

**JOINTLY SUBMITTED BY:**

*/s/ Dane Steffenson\**
Dane Steffenson, Bar No. 677780
dane@thedanelawfirm.com

DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305

*\* Signed with Express Permission*

*Counsel for Plaintiffs*

3

*/s/ Lisa A. Schreter*

Lisa A. Schreter, Bar No. 218566
lschreter@littler.com
Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:   404.233.0330
Facsimile:    404.233.2361

*Attorneys for Defendant*
*Cool Air Mechanical, LLC*

4

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

*Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

*Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

*/s/ Lisa A. Schreter*
Lisa A. Schreter
Attorney for Defendant

4867-4910-1511.1 / 116572-1016