# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-02725-SCJ
### Howard et al v. Cool Air Mechanical LLC
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 12/05/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:10 A.M.          TAPE NUMBER: ZOOM
TIME IN COURT: 00:10                      DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:   Pierre-Joseph Noebes representing Cool Air Mechanical LLC
                       Lisa Schreter representing Cool Air Mechanical LLC
                       Dane Steffenson representing Billy Mayville, Chris Taylor,
                       Justin Howard, and Sean Bowling

OTHER(S) PRESENT:      Kristina Brooks, representing the Plaintiffs

PROCEEDING CATEGORY:   Status Conference re: Mediation;

MINUTE TEXT:           Parties appeared before the Court for a status conference to speak on
                       continuing the mediation, which was originally scheduled for December 5,
                       2024. Parties advised the Court that it needed additional time to work on
                       discovery requests and time to attempt further negotiations. The Court
                       granted the request and ORDERED the Parties to present a proposed consent
                       order outlining a schedule re the discovery request extension as well as three
                       possible dates that work for the Parties to reschedule the settlement
                       conference. Parties are to present the proposed consent order within two
                       weeks from today's date. Hearing concluded.