IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN
BOWLING, Individually and on behalf
of all others similarly situated,

          Plaintiffs,

v.

COOL AIR MECHANICAL, LLC,

          Defendant.

Civil Action No.
1:23-cv-02725-SCJ

## JOINT STIPULATION AND CONSENT ORDER

Plaintiffs Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling ("Plaintiffs") and Defendant Cool Air Mechanical, LLC ("Defendant") (collectively as the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On October 14, 2024, the Parties filed a Joint Motion to Stay and Request for Referral to Mediate with Magistrate Judge. (Dkt. No. 51).

2. On October 15, 2024, U.S. District Court Judge Steve C. Jones granted the Parties Joint Motion and referred this case to U.S. Magistrate Judge Linda T. Walker for mediation. (Dkt. No. 52).

3. On October 21, 2024, Magistrate Judge Walker issued an order setting a settlement conference for Thursday, December 5, 2024. (Dkt. No 53).

4. The Parties worked diligently in advance of the December 5, 2024,

mediation date but, due to the complex nature of the relevant data Defendant had produced through discovery, both Parties agreed that more time was necessary to continue their work with the data in order to be able to formulate an appropriate opening demand and counteroffer by each of the parties and to identify additional information that could facilitate a more productive mediation.

5.    On December 5, 2024, the Parties appeared before Magistrate Judge Walker for a status conference to request additional time to analyze the relevant time and payroll data to allow the parties to formulate their respective opening demand and counteroffer and identify any additional helpful information to facilitate a more productive mediation at a later date.

6.    Following the status conference, Magistrate Judge Walker issued a Minute Entry granting the Parties' request for additional time and to reschedule mediation. (Dkt. No. 54).

7.    The Parties are continuing to work cooperatively to identify additional information that may assist their negotiations and ensure the opening demand by plaintiffs and counteroffer by defendant in advance of the mediation and during the mediation are rooted in the relevant data.

8.    To that end, Plaintiffs' counsel has reviewed Defendant's document production (consisting of nearly 6,800 pages) and shared with Defendant's counsel a list of questions and requests for more information related to six types of

documents.

9. Similarly, to the extent necessary for purposes of mediation, Defendant's counsel will share with Plaintiffs' counsel a list of questions and requests for additional information in advance of the mediation.

10. The Parties have conferred regarding the additional time needed and propose the following potential dates to reschedule the mediation with Magistrate Judge Walker: (1) February 3, 2025; (2) February 10, 2025; and (3) February 11, 2025.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying all deadlines and further proceedings, including all discovery related deadlines and proceedings, in this matter until the close of mediation and order the Parties to participate in mediation with U.S. Magistrate Judge Linda T. Walker on _____ February ___19_, 2025, at 10:00 a.m., via ZOOM platform.

**SO STIPULATED:**

| | |
|---|---|
| */s/ Dane Steffenson\** | */s/ Lisa A. Schreter* |
| Dane Steffenson, Bar No. 677780 | Lisa A. Schreter, Bar No. 218566 |
| dane@thedanelawfirm.com | lschreter@littler.com |
| | Pierre-Joseph Noebes, Bar No. 537216 |
| | pnoebes@littler.com |
| DANE LAW, LLC | |
| 3575 Piedmont Rd., Suite L120 | |
| Atlanta, GA 30305 | LITTLER MENDELSON, P.C. |
| | 3424 Peachtree Road N.E., Suite 1200 |
| *\* Signed with Express Permission* | Atlanta, GA  30326.1127 |
| | Telephone:  404.233.0330 |
| *Counsel for Plaintiffs* | Facsimile:   404.233.2361 |

*Attorneys for Defendant*
*Cool Air Mechanical, LLC*

Dated: December 19, 2024

**SO ORDERED, this 23rd day of December, 2024.**

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

4

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

*Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

*Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing

with the Clerk of the Court using CM/ECF system which will send notification of

such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

*/s/ Lisa A. Schreter*
Lisa A. Schreter
Attorney for Defendant