# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-02725-SCJ
## Howard et al v. Cool Air Mechanical LLC
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 03/26/2025.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:50 A.M.          TAPE NUMBER: ZOOM
TIME IN COURT: 00:20                      DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Pierre-Joseph Noebes representing Cool Air Mechanical LLC
                        Lisa Schreter representing Cool Air Mechanical LLC
                        Dane Steffenson representing Billy Mayville
                        Dane Steffenson representing Chris Taylor
                        Dane Steffenson representing Justin Howard
                        Dane Steffenson representing Sean Bowling

PROCEEDING CATEGORY:    Status Conference;

MINUTE TEXT:    The parties appeared before the court re scheduling mediation in this civil action. Parties advised the court on the difficulty of scheduling a date for mediation. The court provided additional proposed dates to the parties of which they might consider. The parties are to continue to confer and advise the court as soon as possible on the proposed date. Hearing concluded.