IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN
BOWLING, Individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

COOL AIR MECHANICAL, LLC,

      Defendant.

Civil Action No. 1:23-cv-02725-SCJ

## JOINT STATEMENT CONFIRMING THE PARTIES' INTENT TO PROCEED WITH MEDIATION

Pursuant to this Court's May 9, 2025 Order [Dkt. No. 58], Plaintiffs Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling ("Plaintiffs") and Defendant Cool Air Mechanical, LLC ("Defendant") (collectively as the "Parties"), by and through their respective counsel, hereby file this joint statement confirming their intent to proceed with the mediation scheduled with Magistrate Judge Walker on June 16, 2025.

Dated: May 12, 2025

**JOINTLY SUBMITTED BY:**

*/s/ Dane Steffenson\**
Dane Steffenson, Bar No. 677780
dane@thedanelawfirm.com
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305

*Counsel for Plaintiffs*
*\* Signed with Express Permission*

*/s/ Lisa A. Schreter*

Lisa A. Schreter, Bar No. 218566
lschreter@littler.com
Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:   404.233.0330
Facsimile:   404.233.2361

*Attorneys for Defendant*
*Cool Air Mechanical, LLC*

2

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

   *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

   *Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

/s/ *Lisa A. Schreter*
Lisa A. Schreter
Attorney for Defendant