IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, Individually and on behalf of all others similarly situated, | Civil Action No. 1:23-cv-02725-SCJ |
| Plaintiffs, | |
| v. | |
| COOL AIR MECHANICAL, LLC, | |
| Defendant. | |

## JOINT REQUEST FOR STATUS CONFERENCE

Plaintiffs Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling ("Plaintiffs") and Defendant Cool Air Mechanical, LLC ("Defendant") (collectively as the "Parties"), by and through their respective counsel, respectfully request a status conference with the Court in the above referenced case to discuss the status of the Parties' efforts to meaningfully participate in mediation on June 16, 2025, and the need for a stay of all deadlines and further proceedings, including all discovery related deadlines, in this matter until the close of mediation. The Parties believe that a status conference will allow them an opportunity to fully articulate their considerable efforts to prepare for mediation, explain their need for a stay in this matter, and provide the Court with a proposed schedule should they be unable to reach a resolution through mediation with Magistrate Judge Walker on June 16, 2025.

Given the upcoming mediation and to potentially avoid the unnecessary expenditure of resources, the Parties believe a status conference would promote judicial efficiency and assist with the potential resolution of this matter.

Dated: May 14, 2025

**JOINTLY SUBMITTED BY:**

*/s/ Dane Steffenson\**

Dane Steffenson, Bar No. 677780
dane@thedanelawfirm.com
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305

*Counsel for Plaintiffs*
*\* Signed with Express Permission*

*/s/ Lisa A. Schreter*

Lisa A. Schreter, Bar No. 218566
lschreter@littler.com
Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:   404.233.0330
Facsimile:   404.233.2361

*Attorneys for Defendant*
*Cool Air Mechanical, LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

*Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

*Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

*/s/ Lisa A. Schreter*
Lisa A. Schreter
Attorney for Defendant