# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

    *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

    *Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## NOTICE OF APPEARANCE OF RICHARD W. BLACK

Defendant Cool Air Mechanical, LLC ("Defendant") hereby gives notice of the appearance of Richard W. Black, of the law firm Littler Mendelson, P.C., as its counsel of record and respectfully requests that his appearance be reflected in the Court's docket report and that all pleadings, notices, and correspondence be sent to the undersigned.

Dated: May 22, 2025

Respectfully submitted,

*/s/ Richard W. Black*
Lisa A. Schreter, Bar No. 629852
lschreter@littler.com
Richard W. Black, Bar No. 355846
rblack@littler.com
Pierre-Joseph Noebes, Bar No. 537216
pnoebes@littler.com

2

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone:   404.233.0330
Facsimile:    404.233.2361

Attorneys for Defendant
Cool Air Mechanical, LLC

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all other similarly situated,

      *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

      *Defendant*.

Civil Action No. 1:23-cv-02725-SCJ

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing **NOTICE OF APPEARANCE OF RICHARD W. BLACK** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Dane Steffenson
DANE LAW, LLC
3575 Piedmont Rd., Suite L120
Atlanta, GA 30305
dane@thedanelawfirm.com

/s/ *Richard W. Black*
Richard W. Black
Attorney for Defendant