## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all others similarly situated,**

    **Plaintiffs,**

**v.**

**COOL AIR MECHANICAL, LLC,**

    **Defendant.**

**CIVIL ACTION FILE**

**No. 1:23-CV-2725-SCJ**

### <u>ORDER</u>

This action is before the Court on Defendant's Unopposed Emergency Motion to Renew Stay Pending Mediation. Doc. No. [63]. The Motion is **DENIED**.

**IT IS SO ORDERED** this 22nd day of May, 2025.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**