# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR,** | ) | |
| **BILLY MAYVILLE, SEAN BOWLING,** | ) | |
| Individually, and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. |
| | ) | 1:23-cv-02725-SCJ |
| v. | ) | **Jury Trial Demanded** |
| | ) | |
| **COOL AIR MECHANICAL, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON MOTION TO PERMIT REMOTE DEPOSITIONS

Named Plaintiffs Justin Howard, Chris Taylor, Billy Mayville, and Sean Bowling, by and through undersigned counsel, moves pursuant Local Rules 7.2(B) for this Court to waive time requirements and hear this motion during the already scheduled status conference set for June 3, 2025, to ensure discovery is completed within the time this Court has ordered for it to be completed. The depositions at issue have been noticed by Defendant to occur between May 27, 2025 and June 17, 2025. If the issue is not resolved on June 3rd, there will be Plaintiffs who do not show up for unilaterally noticed depositions due to previous conflicts and/or inability to get time off work on the date and time noticed and Plaintiffs are not able to try and reschedule or offer other dates as every day already has depositions

scheduled through the endo of discovery. Defendant appears to want an extension to discovery, which this Court previously ordered would not be extended. Plaintiffs have offered the solution to complete all depositions by conducting part of the Opt-In Plaintiffs remotely. The Court previously permitted Defendant to depose every Named and Opt-In Plaintiff in this case. Defendants waited until the last month of discovery to begin noticing the 24 depositions and then did so unilaterally without any effort to ensure the witnesses or counsel would be available.

To avoid Defendant having to move to compel depositions for Plaintiffs were not able to appear at the unilaterally noticed date and time and could not reschedule it within the current discovery period, Plaintiff requests the Court address the dispute at the June 3, 2025 status conference.

Respectfully submitted this 29th day of May 2025.

*/s/ Dane Steffenson*_____
DANE STEFFENSON
GA Bar No. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Rd, Suite L120
Atlanta, GA 30305
(404) 919-9719

**CERTIFICATION:** The above-signed counsel hereby certifies that this document was prepared in Time New Roman 14-point font and a 1.0 inch top margin in accordance with LR 5.11B, N.D. Ga.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PLAINTIFFS'**

**MOTION FOR EXPEDITED HEARING ON MOTION TO PERMIT**

**REMOTE DEPOSITIONS** with the Clerk of Court using the CM/ECF system

which will automatically send email notification of the filing to all attorneys of

record.

This 29th day of May 2025.

*/s/ Dane Steffenson*_____
DANE STEFFENSON
GA Bar No. 677780
Dane@TheDaneLawFirm.com

**DANE LAW LLC**
3575 Piedmont Road
Suite L120
Atlanta, GA 30305
(404) 919-9719

*Attorney for Plaintiffs*

3