# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all others similarly situated,** | **CIVIL ACTION FILE** |
| **Plaintiffs,** | **No. 1:23-CV-2725-SCJ** |
| **v.** | |
| **COOL AIR MECHANICAL, LLC,** | |
| **Defendant.** | |

## <u>ORDER</u>

Plaintiffs' Emergency Motion to Expedite requesting the Motion to Take Certain Depositions by Videoconference be heard on Tuesday, June 3, 2025 during the hearing currently scheduled for 3 p.m. (Doc. No. [67]) is **GRANTED**. Defendant shall file its response to the motion by Monday, June 2 at 2:00 p.m. The Court will take up the motion related to video depositions during the June 3 hearing.

**IT IS SO ORDERED** this 30th day of May, 2025.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**