## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JUSTIN HOWARD, CHRIS TAYLOR, BILLY MAYVILLE, SEAN BOWLING, individually and on behalf of all others similarly situated,** | **CIVIL ACTION FILE** |
| **Plaintiffs,** | **No. 1:23-CV-2725-SCJ** |
| **v.** | |
| **COOL AIR MECHANICAL, LLC,** | |
| **Defendant.** | |

## <u>ORDER</u>

This action came before the Court for a status conference on June 3, 2025. The Parties reported that they will be able to participate in the mediation of this case sooner than expected—on June 10, 2025. Therefore, discovery is stayed in this matter through June 10, 2025. In the event the mediation is unsuccessful, discovery will resume on June 11, 2025 and run through June 30, 2025.

The Court heard argument on Plaintiff's Motion to Permit Remote Depositions. Doc. No. [66]. With the exception of the four Plaintiffs who permanently live outside the State of Georgia, the Motion is **DENIED**.

Finally, Plaintiff filed a Motion to Compel on June 1, 2025. Doc. No. [70]. This Motion did not comply with this Court's procedure for resolving discovery disputes. Doc. No. [5], 6. Accordingly, the Motion is **DENIED** without prejudice to invoke the Court's informal discovery dispute procedures.

**IT IS SO ORDERED** this __4th__ day of June, 2025.

/s/ Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

2