# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-02725-SCJ**
**Howard et al v. Cool Air Mechanical LLC**
**Honorable Steve C. Jones**

Minute Sheet for proceedings held In Open Court on 06/03/2025.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:25 P.M.     COURT REPORTER: Viola Zborowski
TIME IN COURT: 00:45     DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Richard Black representing Cool Air Mechanical LLC |
| | Kristina Brooks representing Justin Howard |
| | Pierre-Joseph Noebes representing Cool Air Mechanical LLC |
| | Lisa Schreter representing Cool Air Mechanical LLC |
| | Dane Steffenson representing Justin Howard |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status conference held regarding current posture of the litigation. [This proceeding was paused from 3:40-4:20 PM while the Court conducted a criminal hearing.] The Court heard from counsel and will issue a written order. |
| HEARING STATUS: | Hearing Concluded |