## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN BOWLING,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

COOL AIR MECHANICAL, LLC,

    Defendant.

CIVIL ACTION FILE

No. 1:23-CV-2725-SCJ

### ORDER

The Parties participated in the mediation of this case before Magistrate Judge Linda Walker on June 10, 2025. The Court has been notified that the Parties reached a resolution but need an additional thirty days to submit their settlement agreement for approval by the Court. Therefore, discovery in this matter shall remain stayed in this matter through July 10, 2025. In the event that the settlement

agreement is not submitted or not approved by the Court, discovery will resume on July 11, 2025 and run through July 30, 2025.

IT IS SO ORDERED this 11th day of June, 2025.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE