# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-02725-SCJ
### Howard et al v. Cool Air Mechanical LLC
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 06/10/25.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 6:00 P.M.          TAPE NUMBER: ZOOM
TIME IN COURT: 8:00                       DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Richard Black representing Cool Air Mechanical LLC
Kristina Brooks representing Billy Mayville, Chris Taylor, Justin Howard, and Sean Bowling
Adria Harris representing Cool Air Mechanical LLC
Nicole LeFave representing Cool Air Mechanical LLC
Pierre-Joseph Noebes representing Cool Air Mechanical LLC
Lisa Schreter representing Cool Air Mechanical LLC
Dane Steffenson representing Billy Mayville , Chris Taylor , Justin Howard, and Sean Bowling

OTHER(S) PRESENT:    Nora Meldrum, VP of Legal Affairs (DFT)
Celia Catlett, Chief Legal Officer (DFT)
Catherine Leisy, Corporate Rep (DFT)
Roger Clearman, General Manager (DFT)
Justin Howard
Chris Taylor

PROCEEDING CATEGORY:    Settlement Conference;

MINUTE TEXT:    Parties appeared before the court for a mediation. Parties agreed to a settlement amount and other nonmonetary terms. Upon the court approving the settlement agreement, the Parties would like an additional thirty days to file the settlement agreement. Hearing concluded.

CM/ECF-GA Northern District Court