**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JUSTIN HOWARD, CHRIS TAYLOR,
BILLY MAYVILLE, SEAN BOWLING,
individually and on behalf of all other similarly
situated,

        *Plaintiffs*,

v.

COOL AIR MECHANICAL, LLC,

        *Defendant.*

Civil Action No. 1:23-cv-02725-SCJ

## STIPULATED JUDGMENT AND ORDER

This case is before the Court for consideration of Plaintiffs' Unopposed Motion for Stipulated Judgment and Order Approving Joint Stipulation of Collective Action Settlement and Release [Dkt. 80]. After reviewing the record and Plaintiffs' unopposed submission, the Court enters the following Order.

The Court reviews an FLSA settlement to ensure it is fair, adequate, and reasonable. *See Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1355 (11th Cir. 1982) ("Other than a section 216(c) payment supervised by the Department of Labor, there is only one context in which compromises of FLSA back wage or liquidated damage claims may be allowed: a stipulated judgment entered by a court which has determined that a settlement proposed by an employer and employees, in a suit

1

brought by the employees under the FLSA, is a fair and reasonable [resolution] of a bona fide dispute over FLSA provisions.").

Having reviewed the Joint Stipulation of Collective Action Settlement and Release (the "Agreement") [Dkt. 80] executed by the Parties, the Court finds that the settlement is fair, adequate, and reasonable, and in the best interests of the Plaintiffs.  The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorneys' fees, costs, and expenses in the amount stated in the Agreement and finds that the attorneys' fees, costs, and expenses provided in the Agreement are reasonable.  Further, the Court has reviewed the unopposed request for approval of general release payments to Named Plaintiffs and Opt-In Plaintiff Brian Cook, and finds those payments to be reasonable.

Therefore, Plaintiffs' Unopposed Motion for Stipulated Judgment and Order Approving Joint Stipulation of Collective Action Settlement and Release is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Agreement are hereby incorporated into this Order.  The Court further approves and appoints Rust Consulting (the "Settlement Administrator") to serve as the Settlement Administrator in accordance with the terms of the Settlement Agreement and this Order. Terms used in this Stipulated Judgment and Order have the same meaning as they are defined in the Agreement.

Consistent with the terms of the Agreement, Defendant, via the Settlement Administrator, shall tender to Plaintiffs and Plaintiffs' Counsel all payments within the deadlines set forth in the Agreement.

This action is **DISMISSED WITH PREJUDICE** in its entirety and the Court hereby enters final **JUDGMENT** in this case, and there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and terminate the file.

Plaintiffs are enjoined from proceeding against the Released Persons for the Released Claims (as those terms are defined in the Agreement). Without affecting the finality of this Order in any way, the Court retains jurisdiction over the action, the Plaintiffs and Defendant, and the Claims Administrator for the purpose of the administration and enforcement of the Settlement until the conclusion of the settlement administration process.

**SO ORDERED** this 29th day of ___July___, 2025.

_____
The Honorable Steve C. Jones
Judge, United States District Court

3